CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
SYSTEM ET AL. *v.* FELZEN ET AL.

No. 97–1732.   Argued January 11, 1999—Decided January 20, 1999

*Michael K. Kellogg* argued the cause for petitioners. With him on the briefs were *Mark C. Hansen, Neil M. Gorsuch,* and *Sean A. Lev.*

*David C. Frederick* argued the cause for the United States et al. as *amici curiae* urging reversal.   With him on the brief were *Solicitor General Waxman, Deputy Solicitor General Kneedler, Harvey J. Goldschmid, David M. Becker, Paul Gonson, Jacob H. Stillman,* and *Eric Summergrad.*

*John G. Kester* argued the cause for respondents and filed a brief for respondent Archer Daniels Midland Co.   With him on the brief was *George A. Borden.   Thom W. Moss* filed a brief for respondent Directors of Archer Daniels Midland Co.   *Terry Rose Saunders, Robert M. Roseman,* and *Henry P. Monaghan* filed a brief for respondent Paul Felzen et al.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE O'CONNOR took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for Barclays Global Investors, N. A., et al. by *Andrew N. Vollmer, Andrew B. Weissman,* and *Joseph A. Grundfest;* for the Council of Institutional Investors by *Carter G. Phillips, Bradford A. Berenson,* and *David W. Jones;* and for Public Citizen, Inc., et al. by *Leslie Brueckner, Brian Wolfman,* and *Alan B. Morrison.*

*Daniel J. Popeo* filed a brief for the Washington Legal Foundation as *amicus curiae* urging affirmance.

*Leonard N. Sosnov* filed a brief for Lawrence A. Hamermesh et al. as *amici curiae.*